

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Steven Lee Merrill, Appellant

No. 06-17-00005-CR      v.

The State of Texas, Appellee

Appeal from the 52nd District Court of Coryell County, Texas (Tr. Ct. No. 15-23115). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the amount of court costs is not $354.00, but instead is the total of $254.00. We also modify Exhibit A, the incorporated Order to Withdraw Funds from Merrill's Inmate Account to delete the assessment of $354.00 and to state that the total amount of "court costs, fees and/or fines and/or restitution" is $254.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Steven Lee Merrill, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 21, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk